## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ST. PAUL FIRE AND MARIEN INSURANCE
COMPANY,

    Plaintiff,

v.                                            CASE NO: 8:05-cv-1955-T-26TGW

CHARLES MANSFIELD, et al.,

    Defendant.
_____/

## **O R D E R**

On October 25, 2005, this Court entered an order directing Plaintiff to show cause in writing on or before November 8, 2005, why this case should not be transferred to the Tallahassee Division of the United States District Court for the Northern District of Florida. Plaintiff has failed to file a response. Consequently, the Court will assume that Plaintiff agrees with the Court's assessment that venue is more appropriate in the Northern District of Florida.

Accordingly, it is ordered and adjudged as follows:

1) The Clerk is directed to transfer this case to the United States District Court for the Northern District of Florida.

2) The Clerk is directed to close this case following transfer.

**DONE AND ORDERED** at Tampa, Florida, on November 9, 2005.

                                                    s/
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record